NO. _____

| STEVEN HOTZE, MD, ET AL | § | IN THE DISTRICT COURT OF |
| *Plaintiffs*, | § | |
| | § | |
| v. | § | TRAVIS COUNTY, TEXAS |
| | § | |
| THE TEXAS SENATE, ET AL | § | |
| *Defendants.* | § | \_\_\_\_ JUDICIAL DISTRICT |

## AFFIDAVIT OF STEVEN HOTZE, M.D.

"My name is Steven Hotze, M.D. I am above the age of eighteen years, and I am fully competent to make this Affidavit. The facts stated in this Affidavit are within my personal knowledge and are true and correct.

"I am a registered voter in the state of Texas. I voted in the 2022 Republican Primary and general election. I recently called and texted State Representative Steve Toth to talk to him about the impeachment proceeding involving Attorney General Paxton and the concerns I had with, among other things, the process. Representative Toth responded indicating that he could not speak or communicate with me regarding the impeachment proceedings due to the Gag Order issued by Lieutenant Governor Dan Patrick and the Texas Senate.

I recently called and texted Senator Bob Hall to talk to him about the impeachment proceeding involving Attorney General Paxton and the concerns I had with, among other things, the process. Senator Hall responded indicating that he could not speak or communicate with me regarding the impeachment proceedings due to the Gag Order issued by Lieutenant Governor Dan Patrick and the Texas Senate.

I have also called and texted numerous state representative and senators to discuss and let them know my position on the impeachment proceedings. To date, I have not received a response. In the past, I received prompt responses from state senators and state representatives when I contacted them. Due to the senate Gag Order, I have been prohibited from communicating with state representatives and senators regarding the impeachment of Attorney General Paxton. This violates my rights under the Texas Constitution.

I am a supporter of Attorney General Paxton and disagree with the impeachment and Rules adopted by the Texas Senate for the trial of Attorney General Paxton. I also believe

EXHIBIT C

Senator Angela Paxton should not be excluded from voting or deliberating in the impeachment trial of Attorney General Paxton in the Texas Senate. I believe a few individuals are working to overturn the will of the people as expressed during the November 2022 election where Attorney General Paxton was elected to his third term.

I am asking the Court to grant a Temporary Restraining Order, Temporary Injunction, and Permanent Injunction that would allow me to communicate with my duly elected representatives in the Texas House and Texas Senate.

_____
Steven Hotze, M.D.

STATE OF TEXAS        )
                      )
COUNTY OF HARRIS      )

SWORN TO AND SUBSCRIBED before me on the 27 day of July, 2023.



_____
NOTARY PUBLIC, STATE OF TEXAS