Monday 3:12 PM

Dear Dr. Hotze,

I am sorry, but I am banned from speaking to you about the Paxton Impeachment situation because of Lt. Gov. Patrick's Gag order.

Sen. Bob Hall

EXHIBIT D

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| STEVEN HOTZE, M.D., RICHARD MABRAY, M.D., AND ALLESAN PAIGE STREETER, <br><br> Plaintiffs, <br><br> v. <br><br> THE TEXAS STATE SENATE, AUSTIN OSBORNE, in his official Capacity as the Sergeant-at-Arms of The Texas Senate, and DAN PATRICK, in his official capacity as Lieutenant Governor of the State of Texas, <br><br> Defendants. | Civil Action <br><br> No. _____ |

## AFFIDAVIT OF STEVEN HOTZE, M.D.

"My name is Steven Hotze, M.D. I am above the age of eighteen years, and I am fully competent to make this Affidavit. The facts stated in this Affidavit are within my personal knowledge and are true and correct.

"Senator Bob Hall is a current member of the Texas Senate. I received the text message in Exhibit "D" from Senator Hall. I am familiar with Senator Hall's personal cell phone number. We have texted to each other using our cell phones numerous times. The number that I received the text from Senator Hall, Exhibit "D", is the same number I have received texts from him in the past. On numerous occasions, I have called Senator Hall at the number I received the text message identified in Exhibit "D". It is a true and correct copy of the text message recently sent to me from Senator Hall in response to my request that he contact me regarding the impeachment of General Paxton. I received the text message in Exhibit "D" from Senator Bob Hall.

_(signature)_
Steven Hotze, M.D.

STATE OF TEXAS § 
 §
COUNTY OF HARRIS §

*APRIL MARTINEZ*
*Notary Public, State of Texas*
*Comm. Expires 01-26-2026*
*Notary ID 131425279*

SWORN TO AND SUBSCRIBED before me on the 28th day of July, 2023.

NOTARY PUBLIC, STATE OF TEXAS

*Steve Hotze Affidavit* 2