Sunday 11:34 PM

Hello Dr Hotze,
I am unable to speak on the record about the impeachment proceedings due to gag order by the Court. I hope you can understand.
Best Regards
Rep Steve Toth.

EXHIBIT E

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# VICTORIA DIVISION

| | |
|---|---|
| STEVEN HOTZE, M.D., RICHARD MABRAY, M.D., AND ALLESAN PAIGE STREETER, | ) ) ) ) |
| **Plaintiffs,** | ) ) **Civil Action** |
| v. | ) ) |
| THE TEXAS STATE SENATE, AUSTIN OSBORNE, in his official Capacity as the Sergeant-at-Arms of The Texas Senate, and DAN PATRICK, in his official capacity as Lieutenant Governor of the State of Texas, | ) ) **No. _____** ) ) ) ) ) |
| **Defendants.** | ) |

## AFFIDAVIT OF STEVEN HOTZE, M.D.

"My name is Steven Hotze, M.D. I am above the age of eighteen years, and I am fully competent to make this Affidavit. The facts stated in this Affidavit are within my personal knowledge and are true and correct.

"Steve Toth is a current member of the Texas House of Representatives. I recently received the text message in Exhibit "E" from Representative Toth. I am familiar with Representative Toth's personal cell phone number. We have texted to each other using our cell phones numerous times. The number that I received the text message from Representative Toth, Exhibit "E", is the same number I have received texts from him in the past. On numerous occasions, I have called Representative Toth at the number I received the text message identified in Exhibit "E". I read the text message in Exhibit "E". It is a true and correct copy of the text message recently sent to me from Representative Toth in response to my request that he contact me regarding the impeachment of General Paxton.

*Steven Hotze, M.D.*
Steven Hotze, M.D.

STATE OF TEXAS       §
              §
COUNTY OF HARRIS    §

APRIL MARTINEZ
Notary Public, State of Texas
Comm. Expires 01-26-2026
Notary ID 131425279

SWORN TO AND SUBSCRIBED before me on the 28th day of July, 2023.

*signature*

NOTARY PUBLIC, STATE OF TEXAS