UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| STEVEN HOTZE, M.D., <br> RICHARD MABRAY, M.D., and <br> ALLESAN PAIGE STREETER, <br> *Plaintiffs*, <br><br> v. <br><br> THE TEXAS STATE SENATE, <br> AUSTIN OSBORNE, in his official <br> capacity as the Sergeant-at-Arms <br> of the Texas Senate, and <br> DAN PATRICK, in his official <br> capacity as Lieutenant Governor <br> of the State of Texas, <br><br> *Defendants*. | § § § § § § § § § § § § § § § § § | Case No. 6:23-cv-00036 |

**DEFENDANTS THE TEXAS STATE SENATE,
SERGEANT-AT-ARMS AUSTIN OSBORNE, AND
<u>LIEUTENANT GOVERNOR DAN PATRICK'S NOTICE OF APPEARANCE</u>**

Defendants the Texas State Senate, Sergeant-at-Arms Austin Osborne, and Lieutenant Governor Dan Patrick file this Notice of Appearance to alert the Court that Eric J.R. Nichols and Cory R. Liu will appear as counsel in the above-captioned case. Mr. Nichols and Mr. Liu are members in good standing with the State Bar of Texas and are authorized to practice in the Southern District of Texas. Mr. Nichols and Mr. Liu's contact information are in the signature blocks below.

Respectfully submitted,

**BUTLER SNOW LLP**

*/s/ Eric J.R. Nichols*
Eric J.R. Nichols
Texas Bar No. 14994900
S.D. Tex. Bar No. 13066
eric.nichols@butlersnow.com

Cory R. Liu
Texas Bar No. 24098003
S.D. Tex. Bar No. 3047640
cory.liu@butlersnow.com

1400 Lavaca Street, Suite 1000
Austin, Texas 78701
Phone: (737) 802-1800
Fax: (737) 802-1801

*Counsel for Defendants the Texas State Senate, Sergeant-at-Arms Austin Osborne, and Lieutenant Governor Dan Patrick*

## CERTIFCATE OF SERVICE

A true and correct copy of the foregoing pleading was served on counsel of record for the parties in compliance with the Federal Rules of Civil Procedure by filing with the Court's CM/ECF system on August 15, 2023.

*/s/ Cory R. Liu*
Cory R. Liu