United States District Court
Southern District of Texas
**ENTERED**
August 17, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| STEVEN F. HOTZE, M.D., *et al.*, § § Plaintiffs, § § VS. § THE TEXAS STATE SENATE, *et al.*, § § Defendants. § | CIVIL ACTION NO. 6:23-CV-00036 |

## FINAL JUDGMENT

Pursuant to the Court's Order Dismissing Case for Lack of Jurisdiction (D.E. 17), the Court enters final judgment dismissing this action.

**ORDERED** on August 17, 2023.

NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE