IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| STEVEN HOTZE, M.D., RICHARD MABRAY, M.D., AND ALLESAN PAIGE STREETER, | ) ) ) ) Civil Action ) ) ) No. 6:23-cv-00036 ) ) Hon. Nelva Gonzales Ramos |
| Plaintiffs, | |
| v. | |
| THE TEXAS STATE SENATE, AUSTIN OSBORNE, in his official capacity as the Sergeant-at-Arms of the Texas Senate, and DAN PATRICK, in his official capacity as Lieutenant Governor of the State of Texas, | |
| Defendant | |

**NOTICE OF APPEAL**

Notice is hereby given that all Plaintiffs, namely Steven Hotze, M.D., Richard Mabray, M.D., and Allesan Paige Streeter, hereby appeal pursuant to 28 U.S.C. § 1291, to the United States Court of Appeals for the Fifth Circuit, from the Final Judgment of the United States District Court for the Southern District of Texas entered on August 17, 2023 (D.E. 18) and its accompanying Order Dismissing Case for Lack of Subject Matter Jurisdiction entered on the same day (D.E. 17).

Dated: August 29, 2023

Respectfully submitted,

**WOODFILL LAW FIRM, PC**

 /s/ Jared R. Woodfill
Jared R. Woodfill
State Bar No. 00788715
3 Riverway, Suite 750
Houston, Texas 77056
Tel: (713) 751-3080
Fax: (713) 751-3058
woodfillservice@gmail.com (service)
jwoodfill@woodfilllaw.com (non-service)

*Attorney for Plaintiffs*